NO. 07-06-0310-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



AUGUST 16, 2006



______________________________



NESHA LITTLE, INDIVIDUALLY AND AS REPRESENTATIVE OF


THE ESTATE OF EARNEST LEE LITTLE, DECEASED AND AS NEXT


FRIEND OF VALENCIA ELISE LITTLE, A MINOR;


AND KENARDIS TORNELL LITTLE, APPELLANTS



V.



RICHARD B. MENDELSSOHN, M.D., TIMOTHY I. OSONMA, M.D.,


 EMANON, P.A., AND INPATIENT CONSULTANTS OF TEXAS, PLLC, APPELLEES


_________________________________



FROM THE 288th DISTRICT COURT OF BEXAR COUNTY;



NO. 2003-CI-13262; HONORABLE LORI MASSEY, JUDGE


_______________________________



Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION


 On July 18, 2006, appellants filed a Motion to Dismiss Appeal. No decision of this
Court having been delivered to date, we grant the motion. Accordingly, the appeal is
dismissed. No motion for rehearing will be entertained and our mandate will issue
forthwith. Tex. R. App. P. 42.1. 


 James T. Campbell

 Justice



 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 









NO.  07-11-0056-CV

                                                   IN
THE COURT OF APPEALS

                                       FOR
THE SEVENTH DISTRICT OF TEXAS

                                                                 AT
AMARILLO

                                                                      PANEL
E

                                                                 JULY
13, 2011     ____________________________

                                                          GRADY R. MITCHELL,

                                                                                                            Appellant

                                                                             v.

 

POPAT PATEL, INDIVIDUALLY, A/K/A PAUL PATEL, KAMU PATEL, 

INDIVIDUALLY,
SUNIL PATEL, INDIVIDUALLY, AND D/B/A SUPER 8 MOTEL, 

AND ANAND, INC.,

                                                                                                            Appellees                                                                              ___________________________

                     FROM
THE 237TH DISTRICT COURT OF LUBBOCK COUNTY;

                                NO. 2009-547,914; HON. LES HATCH,
PRESIDING

__________________________

Order of Dismissal

__________________________

Before QUINN, C.J., HANCOCK, J., and BOYD, S.J.[1]

            Pending is the appeal of Grady R.
Mitchell from a summary judgment executed by the trial court.  Mitchell sued Popat
Patel, Kamu Patel, Sunil Patel, and Anand, Inc., asserting claims of premises liability.  Though Popat and Kamu Patel were granted summary judgment, Anand, Inc. was not. 
Furthermore, the record fails to show that the claims asserted by
Mitchell against Popat and Kamu
were severed from the suit.  So, what we
have before us is an appeal from a judgment that fails to address all claims against
all parties.  Consequently, the judgment
is not final and appealable.  See Lehmann
v. Har-Con Corp., 39 S.W.3d 191, 200 (Tex. 2001) (stating that a judgment is final and
appealable when it disposes of all claims against all parties).

             Because a final judgment is
a prerequisite to our having jurisdiction over an appeal, id. at 195, we dismiss the appeal
for want of jurisdiction.

 

                                                                                    Brian
Quinn

                                                                                    Chief
Justice

 

 

 

 

 











[1]John T.
Boyd, Senior Justice, sitting by assignment.